UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KENETTA NATASHE MUHAMMAD | : | CASE NUMBER A17-59230-CRM |
| DEBTOR | : | |

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on December 19, 2017:**

As to whether Debtor's plan payments are current

**The Attorney for the Trustee has reviewed the case as instructed and:**

The Trustee withdraws her Objections to Confirmation

*Please enter an Order of Confirmation.*

This the 5th day of January, 2018.

___/s/_____
Julie M. Anania, Attorney for Chapter 13 Trustee
GA Bar Number 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

/mam

# CERTIFICATE OF SERVICE

Case No:  A17-59230-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
KENETTA NATASHE MUHAMMAD
2049 HIGHVIEW ROAD SW
ATLANTA, GA  30311

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 5th day of January, 2018.

/s/_____
   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201