**IT IS ORDERED as set forth below:**



Date: January 11, 2018

                                                C. Ray Mullins
                                      U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | { | **CHAPTER 13** |
| **KENETTA NATASHE MUHAMMAD** | { | **CASE NO.: 17-59230-CRM** |
| | { | |
| **DEBTOR** | { | |
| | { | |

**SUPPLEMENTAL ORDER OF CONFIRMATION**

On December 19, 2017 at 1:30 p.m., the Court held a hearing on Confirmation of the Debtor's proposed plan. Appearances were made by counsel for the Debtor and counsel for the Trustee. An agreement was reached in regard to the outstanding objections to confirmation from the Trustee. Per agreement of the parties and review of the record, it is hereby

**ORDERED** that the Debtor shall strictly comply with the requirements of the Chapter 13 Plan. If during the first twelve (12) months following confirmation, Debtor fail to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of the Court is directed to serve notice of this Order on all parties included on the attached Distribution List.

**END OF DOCUMENT**

CONSENTED TO BY:

____/s/_____  
Julie M. Anania,  
Attorney for Chapter 13 Trustee  
GA Bar No. 477064  
303 Peachtree Center Ave., NE  
Suite 120  
Atlanta, GA  30303  
(678) 992 - 1201

____/s/_____  
Darren Hojnacki,  
Attorney for Debtor  
GA Bar No. 100206  
Slipakoff & Slomka, PC  
2859 Paces Ferry Road, SE  
Suite 1700  
Atlanta, GA 30339  
*Signed by Julie M. Anania*  
*with express permission*

## DISTRIBUTION LIST

Case Number **17-59230-CRM**

Kenetta Natashe Muhammad
2049 Highview Road, SW
Atlanta, GA 30311

Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303