UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| KENETTA NATASHE MUHAMMAD | ) | CASE NUMBER A17-59230-JWC |
| | ) | JEFFERY W. CAVENDER |
| DEBTOR(S) | ) | |

## TRUSTEE'S SUPPLEMENTAL REPORT REQUESTING DISMISSAL

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled matter, and respectfully shows the Court as follows:

The debtor(s) filed this case May 25, 2017.

The debtor(s) confirmation hearing was held on December 19, 2017.

The debtor(s) case was confirmed on January 08, 2018.

**The Trustee has reviewed the case as instructed and the debtor has failed to comply with the directions and orders of the Court.**

The debtor was ordered to remit timely payments to the Trustee on a strict compliance basis per Supplemental Order of Confirmation. The debtor has failed to do so. Attached as "Exhibit A" is the payment history of the debtor since filing.

**PLEASE ENTER AN ORDER OF DISMISSAL.**

This the 24th day of October, 2018

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT "A"

Case No: A17-59230-JWC                                October 23, 2018
KENETTA NATASHE MUHAMMAD

## RECEIPT HISTORY

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| August 21, 2018 | CERT | 434902 | $500.00 |
| August 02, 2018 | M.O. | 207358510084 | $500.00 |
| June 06, 2018 | M.O. | 207063185428 | $500.00 |
| May 07, 2018 | M.O. | 20772148832 | $500.00 |
| March 27, 2018 | M.O. | 20772149107 | $500.00 |
| March 09, 2018 | M.O. | 207063265772 | $500.00 |
| January 31, 2018 | M.O. | 207721466030 | $500.00 |
| December 28, 2017 | M.O. | 23889873352 | $500.00 |
| December 19, 2017 | M.O. | 20728344873 | $1,000.00 |
| December 01, 2017 | M.O. | 20772152110 | $500.00 |
| October 19, 2017 | EPAYNSF | 4354921000 | ($500.00) |
| October 16, 2017 | EPAYPR | 4354921000 | $500.00 |
| October 10, 2017 | EPAYPR | 4346844000 | $500.00 |
| August 15, 2017 | EPAYPR | 4206608000 | $550.00 |
| July 26, 2017 | EPAYPR | 4152651000 | $200.00 |
| July 17, 2017 | EPAYPR | 4130169000 | $250.00 |

**$7,000.00**

# CERTIFICATE OF SERVICE

Case No: A17-59230-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
KENETTA NATASHE MUHAMMAD
2049 HIGHVIEW ROAD SW
ATLANTA, GA  30311

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 24th day of October, 2018

/s/_____
   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201