**IT IS ORDERED as set forth below:**

**Date: June 3, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| KENETTA NATASHE MUHAMMAD | ) | |
| | ) | |
| Debtor. | ) | CASE NO.: 17-59230-JWC |

### ORDER ON MOTION TO APPROVE SALE OF REAL PROPERTY

On April 12, 2019, the Debtor filed a Motion to Approve Sale of Real Property (the "Motion") (Docket No. 48) requesting permission from the Court to sell real property located at 2049 Highview Road SW, Atlanta, GA 30311 (the "Property") for $282,500.00 to Blacktop Consulting LLC. A hearing on the Motion was held on May 7, 2019. At the hearing, Debtor's Counsel and Counsel for the Chapter 13 Trustee appeared. No appearances were made by any other party in interest and no objections to the Motion were timely filed. Therefore, for good cause shown, it is hereby

**ORDERED** that the Motion is *granted* and sale of the Property as set forth above and in the Motion is *approved* with all liens being paid in full at the closing of the sale. It is

**FURTHER ORDERED** that Debtor shall (i) object to the claim of the mortgage lender if the claim has not been withdrawn or amended to reflect the sale within ten (10) days after the closing on the sale of the Property; (ii) proceeds from the sale of the Property to be paid directly to her Chapter 13 Trustee to be disbursed to unsecured creditors first and then any remaining proceeds to be refunded to the Debtor; and (iii) Debtor will provide the Chapter 13 Trustee with a copy of the HUD1 statement within 10 days of the sale.

**[END OF DOCUMENT]**

Prepared and submitted by:

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE, Suite 1700
Atlanta, GA 30339
se@myatllaw.com
404-800-4001


No opposition by:

/s/ (*signed with express permission*)
Julie M. Anania, Esq.
GA Bar No.: 477064
Staff Attorney for
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
janania@njwtrustee.com
678-992-1210

**DISTRIBUTION LIST**


Kenetta Natashe Muhammad
2049 Highview Road SW
Atlanta, GA 30311

Howard P. Slomka
Overlook III Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

(See attached matrix for additional creditors)

```
Label Matrix for local noticing         Ally Bank                               Ally Financial
113E-1                                  PO Box 130424                           200 Renaissance Ctr
Case 17-59230-jwc                       Roseville, MN 55113-0004                Detroit, MI 48243-1300
Northern District of Georgia
Atlanta
Mon Jun  3 12:56:39 EDT 2019

(p)AMERICAN HONDA FINANCE               Julie M. Anania                         CIS Financial Services, Inc.
P O BOX 168088                          Nancy J. Whaley                         Bankruptcy Department
IRVING TX 75016-8088                    Standing Chapter 13 Trustee             Attn: Tamara Armstrong
                                        Suite 120                               PO Box 1906
                                        303 Peachtree Center Avenue             Hamilton, AL 35570-1906
                                        Atlanta, GA 30303-1286

(p)CAPITAL ONE                          Capital One                             Capital One Bank (USA), N.A.
PO BOX 30285                            Po Box 30253                            PO Box 71083
SALT LAKE CITY UT 84130-0285            Salt Lake City, UT 84130-0253           Charlotte, NC  28272-1083


Central Finl Control                    Cis Fin Svcs                            Enhanced Recovery Co L
Po Box 660873                           369 10th Avenue Sw                      8014 Bayberry Rd
Dallas, TX 75266-0873                   Hamilton, AL 35570-6511                 Jacksonville, FL 32256-7412


A. Michelle Hart Ippoliti               Vanessa A. Leo                          Kenetta Natashe Muhammad
McCalla Raymer Leibert Pierce, LLC      Shapiro Pendergast & Hasty, LLP         2049 Highview Road SW
1544 Old Alabama Rd.                    211 Perimeter Center Parkway NE         Atlanta, GA 30311-2536
Roswell, GA 30076-2102                  Suite 300
                                        Atlanta, GA 30346-1305


National Collegiate Student             PRA Receivables Management, LLC         Portfolio Recovery Ass
Loan Trust 2005-1                       PO Box 41021                            287 Independence
Transworld Systems Inc.                 Norfolk, VA 23541-1021                  Virginia Beach, VA 23462-2962
NORCROSS GA 30091


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    John D. Schlotter                       Howard P. Slomka
PO BOX 41067                            McCalla Raymer Pierce, LLC              Slipakoff & Slomka, PC
NORFOLK VA 23541-1067                   1544 Old Alabama Road                   Overlook III - Suite 1700
                                        Roswell, GA 30076-2102                  2859 Paces Ferry Rd, SE
                                                                                Atlanta, GA 30339-6213


Source Receivables Mng                  Synchrony Bank                          The Money Source Inc.
4615 Dundas Dr Ste 102                  c/o PRA Receivables Management, LLC     500 South Broad Street Suite 100A
Greensboro, NC 27407-1761               PO Box 41021                            Meriden, CT 06450-6755
                                        Norfolk, VA 23541-1021


Maria A. Tsagaris                       US DEPT OF EDUCATION                    Us Dept Of Ed/glelsi
McCalla Raymer Liebert Pierce           CLAIMS FILING UNIT                      Po Box 7860
1544 Old Alabama Road                   PO BOX 8973                             Madison, WI 53707-7860
Roswell, GA 30076-2102                  MADISON, WI 53708-8973


Verizon                                 Verizon                                 Verizon Wireless
by American InfoSource LP as agent      by American InfoSource LP as agent      Po Box 49
4515 N Santa Fe Ave                     PO Box 248838                           Lakeland, FL 33802-0049
Oklahoma City, OK 73118-7901            Oklahoma City, OK  73124-8838
```

```
Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance              (d)American Honda Finance Corporation    Capital One
Po Box 1027                         National Bankruptcy Center               15000 Capital One Dr
Alpharetta, GA 30009                P.O. Box 168088                          Richmond, VA 23238
                                    Irving, TX 75016-8088


Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ally Bank                        (u)CIS Financial Services, Inc.          (u)The Money Source Inc.
```

```
End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33
```