**IT IS ORDERED as set forth below:**

**Date: June 4, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**
**Signed as Revised by the Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KENETTA NATASHE MUHAMMAD | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 17-59230-JWC |

==================================================================

**ORDER AND NOTICE OF EXPEDITED HEARING**

On June 2, 2020, Debtor filed a Motion for Expedited Hearing (Doc. No. 66), seeking an emergency hearing on Debtor's Motion to Sell Property of the Estate (Doc. No. 64). For good cause shown, it is hereby

ORDERED that Debtor's Motion for Expedited Hearing is **_GRANTED_**. A hearing on Debtor's Motion to Sell will be held on:

**June 16th, 2020 at 10:00 a.m. in Courtroom 1203.**

Debtor's counsel is directed to serve this Order and Notice by e-mail, facsimile, or over-night mail on the Chapter 13 Trustee and all creditors and shall file a certificate of service evidencing such service in one (1) day.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

[END OF DOCUMENT]

Prepared by:

_/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339


DISTRIBUTION:
Howard Slomka
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339